UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. GREGORY J. BARGER**　　　　　　MAG. NO.:　23-6001 (DEA)

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum　　　　　　(　) Ad Testificandum

**1.　GREGORY J. BARGER SBI#** 592522H; **DOB:** 04/20/1985; (hereinafter the "Detainee") is now confined at the:

**Mercer County Correctional Center
1750 River Rd,
Lambertville, NJ 08530**

2.　The Detainee is charged in this District by: (　) Indictment (　) Information ( X ) Complaint with a violation of Title 18, United States Code, Section 2251(a).

3.　The Detainee will be returned to the custody of the detaining facility upon termination of proceedings.

4.　The Detainee will be required at the CLARKSON S. FISHER FEDERAL COURTHOUSE, 402 EAST STATE STREET, TRENTON, NEW JERSEY, before Hon. Douglas E. Arpert, U.S.M.J., on **February 23, 2023 at 12:00 p.m.**, for an Initial Appearance in the above-captioned case.　A Writ of Habeas Corpus should issue for that purpose.

DATED: February 22, 2023　　　　　　　　　　_/s/ Alexander E. Ramey_
　　　　　　　　　　　　　　　　　　　　　　Alexander E. Ramey
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Petitioner

## ORDER

Let the Writ Issue.

DATED: 2/22/23

                                                _____
                                                HON. DOUGLAS E. ARPERT, U.S.M.J.

---

## WRIT  OF  HABEAS  CORPUS

The United States of America to Warden of Mercer County Correctional Center:

WE COMMAND YOU that you have the body of

GREGORY J. BARGER

now confined at the Mercer County Correctional Center, be released into the custody of Agents of the Department of Homeland Security, Homeland Security Investigations, and brought before the United States District Court, JUDGE DOUGLAS E. ARPERT, U.S.M.J., at the CLARKSON S. FISHER FEDERAL BUILDING and U.S. COURTHOUSE, TRENTON, NJ 08608 on **February 23, 2023 at 12:00 p.m.**, for an Initial Appearance in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

                                        WITNESS the Honorable Douglas E. Arpert
                                        United States Magistrate Judge
                                        Trenton, New Jersey.

DATED: 2/22/23

                                        WILLIAM T. WALSH
                                        Clerk of the U.S. District Court
                                        for the District of New Jersey

                                Per: _____
                                          Deputy Clerk