# FEDERAL PUBLIC DEFENDER
### DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

22 SOUTH CLINTON AVENUE • STATION PLAZA 4, FOURTH FLOOR • TRENTON, NEW JERSEY 08609 • (609) 989-2160

---

September 23, 2025

<u>VIA ECF</u>
The Hon. Michael A. Shipp
United States District Judge
District of New Jersey
402 East State Street
Trenton, New Jersey 08608

**Re: United States v. Gregory Barger, 24-094 (MAS)**

Dear Judge Shipp:

The defense reply in this matter is scheduled to be submitted to the Court today, September 23, 2025.  After speaking with Mr. Barger there I require additional time before filing.  I am respectfully requesting permission to file the reply on September 25, 2025.   The government does not object to this request.

Thank you for considering this request.

Sincerely,

<u>s/ Benjamin West</u>
Benjamin West
Counsel for Gregory Barger
(609) 649-8364


**So Ordered this 23rd day of September 2025**

_____
**Honorable Michael A. Shipp, U.S.D.J.**